ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
PAUL J. GELLER
STUART A. DAVIDSON
CULLIN A. O'BRIEN
MARK DEARMAN
CHRISTOPHER MARTINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com
cmartins@rgrdlaw.com

LAW FIRST LLC
MUNIZA BAWANEY
RISHI V. VOHRA
30 South Wacker Drive, Suite 2200
Chicago, IL  60606
Telephone: 312/860-3755
312/753-5066 (fax)
mbawaney@lawfirst.com
rvohra@lawfirst.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BILAL ELSAKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>PHARMAVITE LLC, et al.,<br><br>                Defendants. | No. 4:12-cv-03645-PJH<br><br><u>CLASS ACTION</u><br><br>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

758088_1

Plaintiff Bilal Elsakka ("plaintiff") and defendants Pharmavite LLC ("Pharmavite"), Otsuka America, Inc. ("OAI"), and Otsuka Pharmaceutical Co., Ltd. ("OPC") (collectively, "defendants") hereby stipulate to the dismissal of this action without prejudice as to all defendants pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure as follows:

WHEREAS, plaintiff, through his counsel, filed a Class Action Complaint ("Complaint") against defendants in the above-entitled matter on July 12, 2012 (Dkt. No. 1);

WHEREAS, none of the defendants has answered the Complaint or moved for summary judgment;

WHEREAS, a class has not been certified in this action;

WHEREAS, defendants have agreed that the dismissal of this action and subsequent re-filing in this or another court does not operate as an amendment to plaintiff's initial pleading pursuant to Rule 15(a) of the Federal Rules of Civil Procedure or California Code of Civil Procedure §471;

WHEREAS, plaintiff acknowledges and agrees that, notwithstanding this stipulation, nothing herein shall be construed or argued by any party to constitute consent to the Court's exercise of personal jurisdiction over OPC or a waiver of any jurisdictional defenses OPC may have; and

WHEREAS, in consideration of the covenants and agreements contained in this Stipulation, plaintiff and defendants hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff hereby dismisses this action, without prejudice, with each side to bear its own attorneys' fees and costs incurred in connection with this action;

IT IS SO STIPULATED.

DATED: September 4, 2012        ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                PAUL J. GELLER
                                STUART A. DAVIDSON*
                                CULLIN A. O'BRIEN
                                MARK DEARMAN
                                CHRISTOPHER MARTINS*


                                      s/ Stuart A. Davidson
                                      STUART A. DAVIDSON

758088_1

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE -
4:12-cv-03645-PJH                                                                  - 1 -

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

LAW FIRST LLC
MUNIZA BAWANEY*
RISHI V. VOHRA*
30 South Wacker Drive, Suite 2200
Chicago, IL  60606
Telephone:  312/860-3755
312/753-5066 (fax)

*Admitted *pro hac vice*

Attorneys for Plaintiff and the Class

DATED:  September 4, 2012    TATRO TEKOSKY SADWICK LLP
RENÉ P. TATRO (State Bar No. 78383)
JULIET A. MARKOWITZ (State Bar No. 164038)


                           s/ Juliet A. Markowitz
   ─────────────────────────────────────────
                           JULIET A. MARKOWITZ

333 S. Grand Avenue, Suite 4270
Los Angeles, CA  90071
Telephone: 213/225-7171
213/225-7151 (fax)

FAEGRE BAKER DANIELS LLP
BRIDGET M. AHMANN
JOSEPH M. PRICE
MICHAEL J. KANUTE
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone:  612/766-7000
612/766-1600 (fax)

Attorneys for Defendants Pharmavite LLC, Otsuka America, Inc. and Otsuka Pharmaceutical Co., Ltd.

I, Stuart A. Davidson, am the ECF User whose identification and password are being used to file the Stipulation of Voluntary Dismissal Without Prejudice. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Juliet A. Markowitz has concurred in this filing.

s/ Stuart A. Davidson  
STUART A. DAVIDSON

758088_1

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 4:12-cv-03645-PJH - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 4, 2012.

s/ Stuart A. Davidson<br>
STUART A. DAVIDSON

ROBBINS GELLER RUDMAN
   & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

E-mail: sdavidson@rgrdlaw.com

758088_1

# Mailing Information for a Case 4:12-cv-03645-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Muniza Bawaney**
  mbawaney@lawfirst.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Christopher Chagas Martins**
  cmartins@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Cullin Avram O'Brien**
  cobrien@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Rishi Vijay Vohra**
  rvohra@lawfirst.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`